## PITTMAN v. INTERNATIONAL PAPER CO.

No. 86A99

Case below: 132 N.C.App. 151

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 8 April 1999.

## SMITH v. N.C. MOTOR SPEEDWAY, INC.

No. 62P99

Case below: 132 N.C.App. 132

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999. Justice Martin recused.

## SPRUILL v. LAKE PHELPS VOL. FIRE DEP'T, INC.

No. 87PA99

Case below: 132 N.C.App. 104

Petition by defendant (Lake Phelps Volunteer Fire Dept.) for discretionary review pursuant to G.S. 7A-31 allowed 8 April 1999. Petition by defendant (Creswell Volunteer Fire Dept.) for discretionary review pursuant to G.S. 7A-31 allowed 8 April 1999.

## STATE v. BAKER

No. 30P99

Case below: 131 N.C.App. 879

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 8 April 1999. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 April 1999. Justice Martin recused.